**George Wilson McGRAW, Petitioner–Appellant,**

v.

**Joyce K. CONLEY, Warden, F.C.I. Beckley, Respondent– Appellee,**

and

**Tracy Weese, Party in Interest.**

No. 02–6169.

United States Court of Appeals, Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

George Wilson McGraw, Pro Se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

George Wilson McGraw appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion rejecting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *McGraw v. Conley*, No. CA–01–852–5 (S.D.W.Va. Jan. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*